

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00197-CV

| | | |
|---|---|---|
| Eric Benson | § | From the 342nd District Court |
| v. | § | of Tarrant County (342-249615-10) |
| Indymac Mortgage Services, A Division of Onewest Bank, FSB; and | § | February 27, 2014 |
| Federal National Mortgage Association, a/k/a Fannie Mae | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Eric Benson shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM